No. 3454.—EL PUEBLO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. San Juan. Junio 15, 1928.

POR CUANTO el apelante fué convicto dos veces por acometimiento y agresión grave con circunstancias agravantes, primero en la corte municipal, y luego, después de un juicio de *novo,* en la corte de distrito;

POR CUANTO el alegato no contiene señalamiento ninguno de errores, y aparece que las únicas cuestiones levantadas en el mismo se refieren a la suficiencia de la prueba; y

POR CUANTO no existe en los autos exposición del caso o transcripción de evidencia alguna para colocar a esta corte en una posición que nos permita apreciar el verdadero peso de la prueba practicada en la corte inferior durante el juicio y juzgar si la corte de distrito cometió error manifiesto al resolver el conflicto.

POR TANTO, se confirma la sentencia apelada.

No. 4639.—PORTO RICO AUTOMOBILE Co., aplda., *v.* LÓPEZ ET AL., apltes.—C. D. San Juan. Junio 19, 1928. Como la sentencia en este caso fué dictada en octubre 3, 1927, y el escrito de apelación fué archivado en la secretaría de la corte de distrito con fecha 3 de noviembre de 1927, y como desde entonces no se han dado los pasos correspondientes para elevar a esta corte los autos en apelación, aún suponiendo que el recurso hubiese sido interpuesto a tiempo, a moción de la apelada se desestima el recurso.